UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RUTH A. HUNTER *et. al.*,

    Plaintiffs,

v.

RHINO SHIELD, *et. al.*,

    Defendants.

Case No. 2:18-cv-1097
JUDGE EDMUND A. SARGUS, JR.
Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on November 11, 2019. (ECF No. 118). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Clerk is directed to **ENTER DEFAULT** against Defendant Dgebuadza. Furthermore, Plaintiffs' Motion to Compel Discovery from Defendant Dgebuadze is **DENIED AS MOOT.** (ECF No. 85).

IT IS SO ORDERED.

9-11-2020
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE