UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RUTH A. HUNTER,** *et al.*,

    **Plaintiffs,**

v.

**RHINO SHIELD,** *et al.*,

    **Defendants.**

Case No. 2:18-cv-1097
**JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on Plaintiffs' unopposed Motion to Supplement the Record, which is hereby **GRANTED**. (ECF No. 246.) Plaintiffs are hereby given permission to supplement the record with the written transcript of the CD audio visual recording of the state court hearing proceedings before Magistrate Myron Thompson on September 15, 2017 in the predecessor state court action captioned *Ruth Hunter et al. v. Rhino Shield, et al.*, (Franklin Co. Ohio Common Pleas) Case No. 14CV-001274, which is currently filed on this Court's docket at 210.

**IT IS SO ORDERED.**

**10/26/2021**
_____
**DATE**

s/Edmund A. Sargus, Jr.
_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**